Fill in this information to identify your case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number (if known) _____ Chapter  11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **REGENSBURG HOLDING CORP.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | XX-XXX0348 |

4.  Debtor's address

    Principal place of business

    **251 Majors Path**
    **Southampton, NY 11968**
    Number, Street, City, State & ZIP Code

    **Suffolk**
    County

    Mailing address, if different from principal place of business

    _____
    P.O. Box, Number, Street, City, State & ZIP Code

    Location of principal assets, if different from principal place of business

    _____
    Number, Street, City, State & ZIP Code

5.  Debtor's website (URL) _____

6.  Type of debtor
    ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☐ Partnership (excluding LLP)
    ☐ Other. Specify: _____

7. **Describe debtor's business**    A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ☐ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. *Check all that apply*:

   　　■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   　　☐ A plan is being filed with this petition.

   　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☐ No.

   ■ Yes.

   If more than 2 cases, attach a separate list.

   District  **Eastern District of New York**    When  **7/16/19**    Case number  **8-19-75031-reg**

   District  _____    When  _____    Case number  _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No

    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor  _____                Relationship  _____

    District  _____    When  _____    Case number, if known  _____

Debtor  **REGENSBURG HOLDING CORP.**                                    Case number (*if known*) _____
        Name

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ■ 1-49 <br> ☐ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ■ $1,000,001 - $10 million <br> ☐ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ■ $1,000,001 - $10 million <br> ☐ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |
|---|---|---|---|---|

Debtor  **REGENSBURG HOLDING CORP.**  Case number (*if known*) _____
      Name

■ **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __11-5-2019__
               MM / DD / YYYY

X _/s/ Charles R. Regensburg Jr._      **Charles R. Regensburg Jr.**
Signature of authorized representative of debtor     Printed name

Title   **Secretary**

**18. Signature of attorney**

X _/s/ Jeffrey Arlen Spinner_     Date __11/04/2019__
Signature of attorney for debtor              MM / DD / YYYY

**JEFFREY ARLEN SPINNER**
Printed name

**JEFFREY ARLEN SPINNER**
Firm name

**35 PINELAWN ROAD**
**SUITE 106E**
**MELVILLE, NY 11747-3100**
Number, Street, City, State & ZIP Code

Contact phone   (203) 570-6676     Email address   retjcc@gmail.com

**2205334 NY**
Bar number and State

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 4

UNANIMOUS CONSENT AND RESOLUTION OF THE SHAREHOLDERS & DIRECTORS OF
**REGENSBURG HOLDING CORP.**

The undersigned hereby certify that they are the sole voting shareholders and directors **REGENSBURG HOLDING CORP.** , a New York Corporation (the "Corporation").

The undersigned hereby further certify as follows:

1. The shareholders and directors of the Corporation have unanimously adopted the following resolution, which has not been modified, altered or rescinded and which remains in full force and effect:

    RESOLVED that the Corporation shall retain counsel and shall file a petition for relief pursuant to Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of New York, and further, that Charles R. Regensburg Jr. shall be and he is hereby authorized to execute and deliver, on behalf of the Corporation, all documents necessary or advisable in connection therewith and to take any and all action as he may deem to be necessary or appropriate in order to advance and effectuate such filing, including, without limitation, the employment of counsel, accountants and any and all other professionals in connection therewith.

2. Neither the Certificate of Incorporation nor the Bylaws of the Corporation contain any requirements as to the number of shareholders required for such a resolution.

3. Neither the Certificate of Incorporation nor the Bylaws of the Corporation contain any requirements for any vote or consent of shareholders to authorize a bankruptcy filing; however, all of the Corporation's shareholders have so consented.

IN WITNESS WHEREOF the undersigned have hereunto affixed their respective hands on behalf of the Corporation this 5th day of November, 2019 at Southampton, New York.

_____/S/_____          _____/S/_____
Michael Regensburg                              Charles R. Regensburg Jr.
President                                                Secretary

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In Re                                                                      Chapter 11
                                                                                   Case No.
REGENSBURG HOLDING CORP.


                                    Debtor
-------------------------------------------------------x

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO BR 1007(a)(1)

The undersigned, Charles R. Regensburg Jr., hereby states as follows, under penalty of perjury:

1. I am the Secretary of REGENSBURG HOLDING CORP., the Debtor and Debtor In Possession in this Chapter 11 proceeding.

2. There are no corporate entities that own, either directly or indirectly, 10% or more of any class of the Debtor's equity interests.

3. I hereby declare, under penalty of perjury, that I have read the foregoing statements and that they are true and accurate to the best of my knowledge, information and belief.

Dated:  November 5, 2019
Southampton, New York                              _____/S/_____
                                                                      Charles R. Regensburg Jr.
                                                                      Secretary

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
In Re                                                                  Chapter 11
                                                                            Case No.
REGENSBURG HOLDING CORP.

                                    Debtor
-------------------------------------------------x

### CORPORATE DISCLOSURE STATEMENT PURSUANT TO EDNY LBR 1073-3

   The Chapter 11 Debtor, REGENSBURG HOLDING CORP., by and through Charles R. Regensburg Jr., its Secretary, hereby sets forth, as and for its Corporate Disclosure Statement Pursuant To EDNY LBR 1073-3, as follows:

   To the best of his knowledge, no corporation owns, directly or indirectly, 10% ormoreof the Debtor's equity interests.

Dated: November 5, 2019
Southampton, New York

                                          _____/S/_____
                                          Regensburg Holding Corp.
                                          By: Charles R. Regensburg Jr.
                                          Secretary

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In Re                                                                    Chapter 11
                                                                              Case No.
REGENSBURG HOLDING CORP.

                            Debtor
-------------------------------------------------------x

## STATEMENT CONCERNING FINANCIAL STATEMENTS

The undersigned, the Secretary of the Debtor herein, hereby states, under penalty of perjury, that at the time of the filing of this Chapter 11 case, no Balance Sheet, Cash Flow Statement, Statement of Operations nor the previous year's Federal Tax Return have been prepared or filed.

Dated: November 5, 2019
Southampton, New York                         _____/S/_____
                                                                Charles R. Regensburg Jr.
                                                                Secretary

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | REGENSBURG HOLDING CORP. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and email address of creditor contact | Nature of claim | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| George M. Gavalas Esq<br>2001 Marcus Avenue<br>New Hyde Park, NY 11042 | | Legal Services | | | | $35,000.00 |
| Hertz<br>8501 Williams Road<br>Estero, FL 33928 | | Rental of Equipment | Disputed | | | $9,000.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **REGENSBURG HOLDING CORP.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                              12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*........................................................................................ $     3,000,000.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*...................................................................................... $     0.00

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*........................................................................................ $     3,000,000.00

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................... $     2,140,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $     0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............... +$     44,000.00

4. **Total liabilities** ........................................................................................................................ $     2,184,000.00
   Lines 2 + 3a + 3b

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | REGENSBURG HOLDING CORP. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| 2.1 | **Harrison Vickers &**<br>Creditor's Name<br>**Waterman LLC**<br>**424 White Plains Road**<br>**Bronx, NY 10467**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**9/30/2013**<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Harrison Vickers &**<br>**2. World Business Lenders**<br>**3. Swezey Fuel Co. Inc.** | Describe debtor's property that is subject to a lien<br>**251 Majors Path, Southampton NY**<br>**0900-130.00-03.00-013.000**<br><br>Describe the lien<br>**First Mortgage**<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $1,250,000.00 | $3,000,000.00 |
| 2.2 | **Swezey Fuel Co. Inc.**<br>Creditor's Name<br><br>**51 Rider Avenue**<br>**Patchogue, NY 11772**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**2015**<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property? | Describe debtor's property that is subject to a lien<br>**251 Majors Path, Southampton NY**<br>**0900-130.00-03.00-013.000**<br><br>Describe the lien<br>**Judgment Lien**<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | | $390,000.00 | $3,000,000.00 |

Debtor   REGENSBURG HOLDING CORP.                                  Case number (if know) _____
         Name

☐ No                                    ☐ Contingent
■ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.
**Specified on line 2.1**

| 2.3 | World Business Lenders | Describe debtor's property that is subject to a lien | $500,000.00 | $3,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **251 Majors Path, Southampton NY 0900-130.00-03.00-013.000** | | |
| | **120 West 45th Street** | | | |
| | **New York, NY 10036** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Second Mortgage** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | **5/04/2015** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |

Do multiple creditors have an       As of the petition filing date, the claim is:
interest in the same property?      Check all that apply
☐ No                                ☐ Contingent
■ Yes. Specify each creditor,       ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.
**Specified on line 2.1**

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $2,140,000.00

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| DelBello Donnellan Weingarten Wise & Wiederk 1 North Lexington Avenue White Plains, NY 10601 | Line **2.1** | |
| Nicholas J. Damadeo 27 West Neck Road Huntington, NY 11743 | Line **2.2** | |
| Parker Ibrahim & Berg 5 Penn Plaza New York, NY 10001 | Line **2.3** | |

**Fill in this information to identify the case:**

Debtor name  **REGENSBURG HOLDING CORP.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**George M. Gavalas Esq**<br>**2001 Marcus Avenue**<br>**New Hyde Park, NY 11042**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Legal Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | $35,000.00 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Hertz**<br>**8501 Williams Road**<br>**Estero, FL 33928**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Rental of Equipment**<br>Is the claim subject to offset? ■ No  ☐ Yes | $9,000.00 |

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 44,000.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 44,000.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name   **REGENSBURG HOLDING CORP.** | |
| United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK | |
| Case number (if known) _____ | ☐ Check if this is an amended filing |

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11-5-2019    X  /s/ Charles R. Regensburg Jr.
                                       Signature of individual signing on behalf of debtor

**Charles R. Regensburg Jr.**
Printed name

**Secretary**
Position or relationship to debtor

**United States Bankruptcy Court**
Eastern District of New York

In re  **REGENSBURG HOLDING CORP.**  
                                Debtor(s)

Case No. _____  
Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: 11-5-19

Charles R. Regensburg Jr / Secretary  
Signer/Title

Date: November 5, 2019

Signature of Attorney  
JEFFREY ARLEN SPINNER  
JEFFREY ARLEN SPINNER  
35 PINELAWN ROAD  
SUITE 106E  
MELVILLE, NY 11747-3100  
(203) 570-6676

Charles Regensburg
169 Cove Road
Oyster Bay, NY 11771


DelBello Donnellan
Weingarten Wise & Wiederk
1 North Lexington Avenue
White Plains, NY 10601


Essay Oil & Energy System
169 Cove Road
Oyster Bay, NY 11771


George M. Gavalas Esq
2001 Marcus Avenue
New Hyde Park, NY 11042


Harrison Vickers &
Waterman LLC
424 White Plains Road
Bronx, NY 10467


Hertz
8501 Williams Road
Estero, FL 33928


LH Capital Corp.
169 Cove Road
Oyster Bay, NY 11771


Nicholas J. Damadeo
27 West Neck Road
Huntington, NY 11743


Parker Ibrahim & Berg
5 Penn Plaza
New York, NY 10001


Regensburg Development Co
169 Cove Road
Oyster Bay, NY 11771


Swezey Fuel Co. Inc.
51 Rider Avenue
Patchogue, NY 11772

World Business Lenders
120 West 45th Street
New York, NY 10036